## GATSON v. STATE.
### No. 14774.

Court of Criminal Appeals of Texas.

Oct. 21, 1931.

Truman Warren, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

No sentence appears in the record. This court is without jurisdiction, in the absence of sentence.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## BRITON v. STATE.
### No. 14704.

Court of Criminal Appeals of Texas.

Oct. 21, 1931.

J. Franklin Spears, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is robbery; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## BRITON v. STATE.
### No. 14703.

Court of Criminal Appeals of Texas.

Oct. 21, 1931.

J. Franklin Spears, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is robbery; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.